# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
       PLAINTIFF,

vs.                                   CASE NO. 19-40069-01/21-HLT

DONTAE PATTERSON (01),
    a.k.a. "Flex,"
MICHAEL WALKER Jr. (02)
    a.k.a. "Money Mike,"
JOSEPH HAMMOND (03),
    a.k.a "Joe Baby,"
    a.k.a. "Kevin,"
DAWN CYPHERS (04),
    a.k.a. "Sarah,"
PAUL GOODMAN, III (05),
SASHA SOULES-JONES (06),
DEANA CURRY (07),
    a.k.a. "Dee,"
HENRY JONES (08),
    a.k.a "ATL"
    a.k.a. "Goldie,"
REGINALD CARTER (09),
    a.k.a. "Red,"
EARNEST JOHNSON (10),
    a.k.a. "Earnie,"
MERCYJAZZ GOODRIDGE (11)
DEREK BLEA (12),
JACOB ALEXANDER (13),
SCOTT ALEXANDER (14),
AUSTIN ROWZER (15),
JEROME GLASPIE (16),
TAYLOR HODGES (17),
JOHN LEROY CODY DEEM (18),
ELIZABETH HOOVER (19),
    a.k.a. "Elizabeth Hodges,"
    a.k.a. "Libby,"
NICHOLAS HODGES (20),
    a.k.a. "Nick,"
LUKE JOHNSON (21),
       DEFENDANTS.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

1

## COUNT 1
## CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE
## AND DISTRIBUTE CONTROLLED SUBSTANCES

Beginning on a date unknown to the Grand Jury but before October 1, 2018, and continuing to on or about the return of this Indictment, in the District of Kansas and elsewhere, the defendants,

**DONTAE PATTERSON (01), MICHAEL WALKER Jr. (02), JOSEPH HAMMOND (03), DAWN CYPHERS (04), PAUL GOODMAN, III (05), SASHA SOULES-JONES (06), DEANA CURRY (07), HENRY JONES (08), REGINALD CARTER (09), EARNEST JOHNSON (10), MERCYJAZZ GOODRIDGE (11), DEREK BLEA (12), JACOB ALEXANDER (13), SCOTT ALEXANDER (14), AUSTIN ROWZER (15), JEROME GLASPIE (16), TAYLOR HODGES (17), JOHN LEROY CODY DEEM (18), ELIZABETH HOOVER (19), NICHOLAS HODGES (20), and LUKE JOHNSON (21),**

combined, conspired, confederated, and agreed together with each other, and with other persons known and unknown to the Grand Jury, to violate one or more of the following controlled substance laws of the United States, namely:

a. to distribute and possess with the intent to distribute mixtures and substances containing a detectable quantity of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1);

b. to distribute and possess with the intent to distribute mixtures and substances containing a detectable quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

It is further alleged that the overall scope of the conspiracy involved more than 50 grams of methamphetamine in violation of Title 21, United States Code, Section 841(b)(1)(A);

It is further alleged that the overall scope of the conspiracy involved more than 100 grams of heroin in violation of Title 21, United States Code, Section 841(b)(1)(B);

It is further alleged that the quantities of methamphetamine involved in the overall scope of the conspiracy are attributable to **DONTAE PATTERSON (01), MICHAEL WALKER Jr. (02), JOSEPH HAMMOND (03), DAWN CYPHERS (04), PAUL GOODMAN, III (05), SASHA SOULES-JONES (06), DEANA CURRY (07), HENRY JONES (08), REGINALD CARTER (09), EARNEST JOHNSON (10), MERCYJAZZ GOODRIDGE (11), DEREK BLEA (12), JACOB ALEXANDER (13), SCOTT ALEXANDER (14), AUSTIN ROWZER (15), JEROME GLASPIE (16), TAYLOR HODGES (17), JOHN LEROY CODY DEEM (18), ELIZABETH HOOVER (19), NICHOLAS HODGES (20), and LUKE JOHNSON (21),** as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her in violation of Title 21, United States Code, Section 841(b)(1)(A);

It is further alleged that the quantities of heroin involved in the overall scope of the conspiracy are attributable to **DONTAE PATTERSON (01), MICHAEL WALKER Jr. (02), JOSEPH HAMMOND (03), DAWN CYPHERS (04), PAUL GOODMAN, III (05), SASHA SOULES-JONES (06), DEANA CURRY (07), HENRY JONES (08), REGINALD CARTER (09), EARNEST JOHNSON (10), MERCYJAZZ GOODRIDGE (11), DEREK BLEA (12), JACOB ALEXANDER (13), SCOTT ALEXANDER (14), AUSTIN ROWZER (15), JEROME GLASPIE (16), TAYLOR HODGES (17), JOHN LEROY CODY DEEM (18), ELIZABETH HOOVER (19), NICHOLAS HODGES (20), and LUKE JOHNSON (21),** as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her in violation of Title 21, United States Code, Section 841(b)(1)(B);

All the aforementioned conduct in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(b)(1)(A)-(C) and Title 18, United States Code, Section 2 -- Aiding and Abetting.

## COUNT 2
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

On or about May 23, 2019, in the District of Kansas, the defendant,

**DONTAE PATTERSON,**

did knowingly and intentionally possess a firearm, namely:

**a Ruger PK380, .380 caliber handgun, bearing serial number PK038388;**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Conspiracy to Distribute and Possess with the Intent

to Distribute Controlled Substances as charged in **Count 1**, above, in violation of Title 18, United States Code, Sections 924 (c)(1)(A) and 924 (c)(1)(B).

<u>COUNT 3</u>
**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**

On or about November 20, 2018, in the District of Kansas, the defendant,

**JOSEPH HAMMOND,**

did knowingly and intentionally possess a firearm, namely:

> **a Springfield Armory, model XD-45, .45 caliber pistol, bearing serial number MG614993;**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances as charged in **Count 1**, above, in violation of Title 18, United States Code, Sections 924 (c)(1)(A) and 924 (c)(1)(B).

<u>COUNT 4</u>
**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**

On or about November 20, 2018, in the District of Kansas, the defendant,

**DAWN CYPHERS,**

did knowingly and intentionally possess a firearm, namely:

> **a Bersa, model Thunder 9 Ultra Compact Pro, 9mm caliber pistol, bearing serial number D86431;**

in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, namely, Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances as charged in **Count 1**, above, in violation of Title 18, United States Code, Sections 924 (c)(1)(A) and 924 (c)(1)(B).

## COUNT 5
## POSSESSION OF A FIREARM BY A PROHIBITED PEROSN

On or about May 22, 2019, in the District of Kansas, the defendant,

**JEROME GLASPIE,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

> **Attempted Robbery, in Geary County Kansas Case Number 14 CR 781, on or about January 23, 2015;**

did knowingly and intentionally receive and possess in and affecting commerce a firearm, namely:

> **International Die Casting, model JA380, .380 caliber pistol, serial number 29009 manufactured for Jimenez Arms, Inc.;**

which had been shipped and transported in interstate or foreign commerce, and the defendant possessed the aforementioned firearm knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

All of the foregoing in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## FORFEITURE ALLEGATION

1.     The allegations contained in Counts 1-5 of this Indictment are hereby re-alleged and incorporated by reference as if fully restated for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924, 981 and 982, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

*A. Controlled Substance Forfeitures*

2. Pursuant to Title 21, United States Code, Section 853, upon conviction for any of the offenses in violation of Title 21, United States Code, Section 846, as alleged in Count 1 of this indictment, the defendants,

**DONTAE PATTERSON (01), MICHAEL WALKER Jr. (02), JOSEPH HAMMOND (03), DAWN CYPHERS (04), PAUL GOODMAN, III (05), SASHA SOULES-JONES (06), DEANA CURRY (07), HENRY JONES (08), REGINALD CARTER (09), EARNEST JOHNSON (10), MERCYJAZZ GOODRIDGE (11), DEREK BLEA (12), JACOB ALEXANDER (13), SCOTT ALEXANDER (14), AUSTIN ROWZER (15), JEROME GLASPIE (16), TAYLOR HODGES (17), JOHN LEROY CODY DEEM (18), ELIZABETH HOOVER (19), NICHOLAS HODGES (20), and LUKE JOHNSON (21),**

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.  The property to be forfeited includes, but is not limited to, a forfeiture money judgment in the approximate amount of $50,000.00, which amount represents the proceeds derived from the commission of Count 1 of the Indictment for which each defendant is liable as a result of his conduct and the conduct of codefendant reasonably foreseeable to him or her.

*B. Firearm Forfeitures*

3.   Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction for the offense in violation of Title 18, United States Code, Section 924(C), as set forth in Count 2 the defendant, **DONTAE PATTERSON**, shall forfeit to the United States of America, any firearms and ammunition used or involved in the commission of the offense, including, but not limited to, **a Ruger PK380, .380 caliber handgun, bearing serial number PK038388**, and any accompanying ammunition.

4.   Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction for the offense in violation of Title 18, United States Code, Section 924(C), as set forth in Count 3, the defendant, **JOSEPH HAMMOND**, shall forfeit to the United States of America, any firearms and ammunition used or involved in the commission of the offense, including, but not limited to, **a Springfield Armory, model XD-45, .45 caliber pistol, bearing serial number MG614993**, and any accompanying ammunition.

5.   Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction for the offense in violation of Title 18, United States Code, Section 924(C), as set forth in Count 4, the defendant **DAWN CYPHERS**, shall forfeit to the United States of America, any firearms and ammunition used or involved in the commission of the offense, including, but not limited to, **a Bersa, model Thunder 9 Ultra Compact Pro, 9mm caliber pistol, bearing serial number D86431**, and any accompanying ammunition.

6.      Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction for the offense in violation of Title 18, United States Code, Section 922, as set forth in Count 6, the defendant **JEROME GLASPIE**, shall forfeit to the United States of America, any firearms and ammunition used or involved in the commission of the offense, including, but not limited to,  b **International Die Casting, model JA380, .380 caliber pistol, serial number 29009 manufactured for Jimenez Arms, Inc.** and any accompanying ammunition.

### Substitute Assets

7.      If any of the property described above, as a result of any act or omission of the defendants:

   A.  cannot be located upon the exercise of due diligence;

   B.  has been transferred or sold to, or deposited with, a third party;

   C.  has been placed beyond the jurisdiction of the court;

   D.  has been substantially diminished in value; or

   E.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property of the defendants pursuant to Title 21, United States Code, § 853(p).

### A TRUE BILL.

August 21, 2019           *s/Foreperson*
DATE                            FOREPERSON OF THE GRAND JURY

 Skipper  Jacobs  #26848  
for Stephen R. McAllister, #15845  
UNITED STATES ATTORNEY  
DISTRICT OF KANSAS  
444 SE Quincy, Suite 290  
Topeka, KS 66683  
Phone: (785) 295-2850  
Fax: (785) 295-2853  
Stephen.mcallister@usdoj.gov  

[It is requested that trial be held in Topeka, Kansas.]